UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT H. MERRILL,<br><br>           Plaintiff,<br><br>    v.<br><br>CROWN LIFE INSURANCE COMPANY, AND/OR REASSURE AMERICA  LIFEINSURANCE COMPANY,<br><br>           Defendants. | NO: 13-CV-0110-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion and Order for Dismissal (ECF No. 89).  This case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or attorney's fees to any party.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

2. All pending motions are **DENIED** as moot.

3. All pending hearings are **VACATED**.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** January 5, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2